# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DOYLE BOUDREAUX

NO. 2024 KW 0319

**JUNE 17, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 620063.

---

**BEFORE:    GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**STAY DENIED. WRIT GRANTED.** The district court is ordered to provide the state with its written reasons for granting the defendant's motion to quash on November 17, 2023, on or before July 15, 2024. A copy of the district court's reasons for judgment shall be filed in this court on or before July 25, 2024.

JMG
PMc
JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT